GLENN E. SOLOMON (State Bar No. 155674)
E-Mail: gsolomon@health-law.com
DEVIN M. SENELICK (State Bar No. 221478)
E-Mail: dsenelick@health-law.com
SALVATORE J. ZIMMITTI (State Bar No. 245678)
E-Mail: szimmitti@health-law.com
**HOOPER, LUNDY & BOOKMAN, INC.**
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for Plaintiff, CEDARS-SINAI
MEDICAL CENTER

E-FILED 08/24/10
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, a Connecticut corporation; AARP, a District of Columbia corporation; AARP SERVICES INC.; a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | CASE NO. CV-10-0005 PSG AJWx<br><br>[~~PROPOSED~~] **ORDER ENTERING JUDGMENT PURSUANT TO F.R.C.P. RULE 68** |

1083680.1

1  Whereas the Court finds that a Statutory Offer of Judgment Pursuant to
2  F.R.C.P. Rule 68 has been properly accepted and filed on July 26, 2010, judgment in
3  the above matter is hereby entered.
4
5  DATED: August 23, 2010
6
7  **PHILIP S. GUTIERREZ**
   Honorable Philip S. Gutierrez